

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00317-CR

Karen Rena Rooks
v.
The State of Texas

On Appeal from the
130th District Court of Matagorda County, Texas
Trial Court Cause No. 19-015

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the appeal should be permanently abated. The Court orders the appeal permanently ABATED in accordance with its opinion.

We further order this decision certified below for observance.

October 10, 2024